

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Caption:

_MAGDY · ABDRABOH_
_2108 N 20th Street ._

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

_Full name(s) of Plaintiff(s)_

v.

CIVIL ACTION
NO. **17   1957**

_CRoss Roodo Hospilality Management Company, LLC_
_4501 Fair Fox Drive_
_Arlington, VA 22203_
_Full name(s) of Defendant(s)_

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** _In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
**NOTE:** _In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against._

_____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
**NOTE:** _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

_____ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

**NOTE:** *In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

### I.      Parties in this complaint:

A.      List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name: MAGDY. ABDRABOH
Street Address: 2168 N. 20th sTReet
County, City: PHILADElphia
State & Zip: PA, 19121
Telephone Number: (215) 218-8009

B.      List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.  Attach additional sheets of paper as necessary.

Defendant        Name: CRossRoads · Hospitality management Company, LLC
Street Address: 4501 FaieFax DRive
County, City: ARlington, VA. 22203
State & Zip:
Telephone Number: (703) 387-3100

C.      The address at which I sought employment or was employed by the defendant(s) is:

Employer: SHERaTon DownTown PHilADElPHiA.
Street Address: 201 North 17th Street
County, City: PHilADElPHiA.
State & Zip: PA, 19103
Telephone Number: (215)-448-2000

### II.      Statement of the Claim

A.      The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

✓ Failure to hire me

____ Termination of my employment

____ Failure to promote me

-2-

_____   Failure to reasonably accommodate my disability

_____   Failure to reasonably accommodate my religion

_____   Failure to stop harassment

_____   Unequal terms and conditions of my employment

_____   Retaliation

_____   Other (*specify*):_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month)_____, (day)_____, (year)_____.

C.    I believe that the defendant(s) (check one):

✓_____    is still committing these acts against me.

_____    is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

✓_____  race _____          _____  color _____

_____  religion _____          _____  gender/sex _____

✓_____  national origin _____

_____  age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

THE defendant decided not to Hire the plaintiff prior to the interview. Provided a superfacial interview.

THE defendant has a Tendency To hire only white Americans in the department I was applying for.

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

### III.    Exhaustion of Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: ___05/15/2015___ (*Date*).

B.    The Equal Employment Opportunity Commission (*check one*):

_____    has not issued a Notice of Right to Sue Letter.
__✓__    issued a Notice of Right to Sue Letter, which I received on __01/31/2017__(*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.    *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

_____    60 days or more have passed.
_____    fewer than 60 days have passed.

D.    It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E.    Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

_____    One year or more has passed.
_____    Less than one year has passed.

## IV.    Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____    Direct the defendant to hire the plaintiff.

_____    Direct the defendant to re-employ the plaintiff.

_____    Direct the defendant to promote the plaintiff.

_____    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____    Direct the defendant to reasonably accommodate the plaintiff's religion.

_____    Direct the defendant to (*specify*):_____

✓_____    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

_____    Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 27 day of __April__, 20_17_

Signature of Plaintiff __MAGDY · ABDRABOH__
Address    __2108 N 20th Street__
__Philadelphia , PA, 19121__

Telephone number    __(215)-218-8009__
Fax number (*if you have one*)  _____

-5-



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Philadelphia District Office

801 Market Street, Suite 1300
Philadelphia, PA 19107-3127
(215) 440-2602
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Our References:      Magby Abdraboh v. Crossroads Hospitality Management Company, LLC
Charge No. 530-2015-02702

Mr. Magby Abdraboh
2108 N. 20th Street
Philadelphia, PA 19121

*I am requesting a copy of my file under FoiA.*
*email : BTBA @ msn . com.  01/26/ 2017*

Dear Mr. Abdraboh:

This is with reference to your correspondence and subsequent communication with this office in which you alleged employment discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, by the above-named Respondent.

Review of the available evidence does not establish a violation of the statute(s). This does not certify that Respondent is in compliance with the statutes. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. For this reason, we will issue you a Dismissal and Notice of Rights, which will enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice if you wish to pursue this matter further.

Should you wish to obtain a copy of the administrative file for this charge, please write to the following address to make such a request. You must do so within the above-referenced 90-day period, which can be extended if you do file a lawsuit in court concerning this matter. Please be advised that there may be a fee if you make such a request for file disclosure. Furthermore, please note that failure to receive requested documents in a timely manner does not extend the time period for filing a lawsuit.

File Disclosure Unit
EEOC-Philadelphia District Office
801 Market St., Suite1300
Philadelphia, PA 19107

We regret that we could not be of further service to you in this matter.

Sincerely,

Michaela McGlynn
Federal Investigator

1/27/17

Date

m 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Magdy Abdraboh**<br>**2108 N. 20th Street**<br>**Philadelphia, PA 19121** | From: **Philadelphia District Office**<br>**801 Market Street**<br>**Suite 1300**<br>**Philadelphia, PA 19107** |

|  |  |
|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2015-02702 | **Legal Unit** | **(215) 440-2828** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

**Spencer H. Lewis, Jr.,**
**District Director**

1/27/17
*(Date Mailed)*

Enclosures(s)

cc:   **Rebecca Biller, Esq.**
**LITTLER MENDELSON, P.C.**
**2301 McGee Street, 8th Floor**
**Kansas City, MO 64108**